IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LORI CANINI | § § | |
| V. | § § | C.A. No. 4:23-cv-02625 |
| CIGNA HEALTH AND LIFE INSURANCE COMPANY and EVERNORTH BEHAVIORAL HEALTH, INC. | § § § § § | |

## **JOINT NOTICE OF CONDITIONAL SETTLEMENT**

The parties in this case, by and through their respective counsel, announce to the Court that on October 2, 2023, they reached a conditional settlement in this matter. The parties anticipate that they will be able to finalize that agreement and file a joint notice of settlement within thirty (30) days of the filing of this notice.

The parties thus request that the Court stay the current deadlines in this matter, along with consideration of the previously filed Motion to Dismiss [Doc. 12], pending the finalization of the settlement agreement.

Respectfully submitted,

By _____/s/ Amar Raval_____
Amar Raval, TBA #24046682
Federal I.D. No. 619209
Berg Plummer Johnson & Raval LLP
3700 Buffalo Speedway, Suite 1150
Houston, TX 77098
(713) 526-0200
(832) 615-2665 (Fax)
araval@bergplummer.com

ATTORNEYS FOR PLAINTIFF

1

By \_\_\_/s/Michael H. Bernstein\_b/pARaval\_\_\_\_
Michael H. Bernstein (attorney-in-charge; pro hac vice)
Robinson & Cole LLP
666 Third Avenue, 20th Floor
New York, New York 10017
Tel.: (212) 451-2900
Fax: (212) 451-2999
mbernstein@rc.com

Attorneys for Defendants

**CERTIFICATE OF SERVICE**

I hereby certify that on October 2, 2023, a true and correct copy of the foregoing Joint Notice of Conditional Settlement was served by hand delivery, certified mail, return receipt requested, fax transmission, or by email to:

Michael Bernstein
Robinson & Cole
666 Third Ave., 20th floor
New York, NY 10017
mbernstein@rc.com

_/s/ Amar Raval_
Amar Raval